1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  EMMET P. ONG (NYBN 4581369)
   Assistant United States Attorney
4

5      1301 Clay Street, Suite 340S
       Oakland, California 94612-5217
6      Telephone: (510) 637-3929
       Facsimile: (510) 637-3724
7      E-mail: emmet.ong@usdoj.gov

8  Attorneys for Defendants
9  U.S. DEPARTMENT OF THE ARMY and
   U.S. DEPARTMENT OF DEFENSE
10

11                   UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                      SAN FRANCISCO DIVISION

14

15 NATIONAL PUBLIC RADIO, INC. and ERIC    ) Civil Action No. 3:20-cv-00610-RS
   WESTERVELT,                             )
16                                         )
         Plaintiffs,                       )
17                                         )
      v.                                   ) **JOINT CASE MANAGEMENT STATEMENT**
18                                         ) **AND ORDER TO CONTINUE CASE**
   U.S. DEPARTMENT OF THE ARMY; U.S.       ) **MANAGEMENT CONFERENCE**
19 DEPARTMENT OF DEFENSE,                  )
                                           )
20       Defendants.                       )
                                           )
21 ───────────────────────────────────────)

22       Pursuant to the Court's order dated October 30, 2020, Dkt. No. 29, Plaintiffs National Public

23 Radio, Inc. and Eric Westervelt and Defendants U.S. Department of the Army ("Army") and U.S.

24 Department of Defense submit this joint case management statement in this action being brought under

25 the Freedom of Information Act.

26       Since the last update, the Army has been searching for additional responsive records.  To give

27 the Army additional time to complete its search, the parties stipulate and jointly request that the CMC

28

1   scheduled for December 3, 2020 be continued to January 7, 2021.  The parties respectfully submit that

2   proceeding this way would the most efficient use of the Court's and the parties' resources.

3          IT IS SO STIPULATED.

4

5   DATED: November 24, 2020                    Respectfully submitted,

6                                              DAVID L. ANDERSON
                                               United States Attorney
7
                                                /s/ *Emmet P. Ong*
8                                              EMMET P. ONG
                                               Assistant United States Attorney
9

10                                              *Attorneys for Defendants U.S. Department of the
                                               Army and U.S. Department of Defense*
11

12

13  DATED: November 24, 2020                    DAVIS WRIGHT TREMAINE LLP

14                                              */s/ Thomas R. Burke*
                                               THOMAS R. BURKE
15
                                               *Attorney for Plaintiffs National
16                                              Public Radio, Inc. and Eric
                                               Westervelt*
17
                                               *In compliance with Civil Local Rule 5-1(i)(3), the
18                                              filer of this document attests under penalty of
                                               perjury that concurrence in the filing of the
19                                              document has been obtained from the other
                                               Signatory.
20

21

22

23

24

25

26

27

28

1

**ORDER**

2          Pursuant to stipulation of the parties, IT IS SO ORDERED.  The case management conference

3 presently scheduled for December 3, 2020 is continued to January 7, 2021.  The parties shall file a joint

4 case management statement by December 31, 2021.  All parties shall appear telephonically and must

5 contact Court Conference at (866) 582-6878 at least one week prior to the Conference to arrange their

6 participation.

7          _____

8                         HON. RICHARD SEEBORG
                          United States District Judge

9

10 DATED:  November 24, 2020

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28